∆AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__SOUTHERN__ District of __NEW YORK__

ELBA VEGA

V.

THE CITY OF NEW YORK, and
THE NEW YORK CITY DEPARTMENT
OF PROBATION

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07 CIV 9828

TO: (Name and address of Defendant)

THE CITY OF NEW YORK
C/O CORPORATION COUNSEL
100 CHURCH STREET
NEW YORK, N.Y. 10007

THE NEW YORK CITY DEPT. OF PROBATION
33 BEAVER STREET
NEW YORK, N.Y. 10004

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

LEE NUWESRA, ESQ.
60 EAST 42ND STREET, SUITE 838
NEW YORK, NEW YORK 10017
TEL. (212) 682-0655

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

[signature]

BY DEPUTY CLERK

DATE: NOV 0 6 2007