UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
——————————————————————X

ELBA VEGA

                           Plaintiff,

-against-

THE CITY OF NEW YORK, and
THE NEWYORK CITY DEPARTMENT OF
PROBATION

                           Defendants.
——————————————————————X

ECF CASE

07-CV-9828 (BSJ)

**AFFIDAVIT OF**
**PERSONAL SERVICE**

STATE OF NEW YORK    )
                                )ss:
COUNTY OF NEW YORK  )

      **Suburwa Marshall**, being duly sworn deposes and says:

1)     I am over 18 years of age, not a party of this action and am associated with the Law Offices of Lee Nuwesra.

2)     On December 12, 2007, at 2:08 p.m, I personally served a copy of the SUMMONS IN A CIVIL ACTION and COMPLAINT upon **THE CITY OF NEW YORK** located at 100 Church Street, 4th Floor, New York, N.Y. 10007.

                                                     */s/ Suburwa Marshall*
                                                     Suburwa Marshall

Sworn to before me
This 12th day of December 2007

*/s/ Lee Nuw___*
**NOTARY PUBLIC**

LEE NUWESRA
Notary Public, State of New York
No. 02NU5028142
Qualified in New York County
Commission Expires May 23, ____