UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

ELBA VEGA

                      ECF CASE

                      07-CV-9828 (BSJ)

                Plaintiff,

        -against-

                      AFFIDAVIT OF
                      **PERSONAL SERVICE**

THE CITY OF NEW YORK, and
THE NEWYORK CITY DEPARTMENT OF
PROBATION

                Defendants.
_____X

STATE OF NEW YORK    )
                                )ss:
COUNTY OF NEW YORK  )

      **Suburwa Marshall,** being duly sworn deposes and says:

1)     I am over 18 years of age, not a party of this action and am associated with the Law Offices of Lee Nuwesra.

2)     On December 12, 2007, at 2:38 p.m, I personally served a copy of the SUMMONS IN A CIVIL ACTION and COMPLAINT upon **THE NEW YORK CITY DEPARTMENT OF PROBATION**, General Counsel Office, located at 33 Beaver Street, 21st Floor, New York, N.Y. 10004.

                                              _____
                                              Suburwa Marshall

Sworn to before me
This ____ day of December 2007

_____
NOTARY PUBLIC

LEE NUWESRA
Notary Public, State of New York
No. 02NU6028142
Qualified in New York County
Commission Expires May 23, ____