UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

ELBA VEGA,

                                                     Plaintiff,

        - against -

THE CITY OF NEW YORK, and THE NEW YORK
CITY DEPARTMENT OF PROBATION,

                                                     Defendants.

------------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

07 Civ. 9828 (BSJ)(GWG)

        I am an Assistant Corporation Counsel in the Office of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for the defendants THE CITY OF NEW YORK and THE NEW YORK CITY DEPARTMENT OF PROBATION, in the above-captioned action. Please take notice that I am the Assistant Corporation Counsel assigned to this action; all future filings, or other information, related to this action can be directed to me at the below address.

Dated:       New York, New York
                 January 2, 2008

                                                          Respectfully Submitted,

                                                          **MICHAEL A. CARDOZO**
                                                          Corporation Counsel of the
                                                            City of New York
                                                          Attorney for the Defendants
                                                          100 Church Street, Room 2-124
                                                         New York, New York  10007-2601
                                                         Tel: (212) 788-0860
                                                         Fax: (212) 788-8877

                                By:    **ECF**:            /s/
                                                      ROBERT J. ANDERSON
                                                     Assistant Corporation Counsel
                                                        RAnderso@law.nyc.gov

- 2 -

TO:   **LEE NUWESRA**
      Attorney for Plaintiff
      60 East 42nd Street, Suite 838
      New York, New York 10017
      (212) 682-0655

07 Civ. 9828 (BSJ)(GWG)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELBA VEGA,

                                                            Plaintiff,

- against -

THE CITY OF NEW YORK, and THE NEW YORK CITY DEPARTMENT OF PROBATION,

                                                  Defendants.

**NOTICE OF APPEARANCE**

**MICHAEL A. CARDOZO**
*Corporation Counsel of the City of New York*
Attorney for Defendants
100 Church Street, Room 2-124
New York, N.Y.  10007-2601


Of Counsel:  Robert J. Anderson
Tel:       (212) 788-0860
RAnderso@law.nyc.gov


Our File No.  2007-040540

*Due and timely service is hereby admitted.*

New York, N.Y.  ........................................., 2008

 ................................................................................

Attorney for................................................................