

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007-2601

ROBERT J. ANDERSON
Telephone: (212) 788-0860
Fax: (212) 788-8877
Fax Not For Service of Papers
randerso@law.nyc.gov

December 28, 2007

### BY FACSIMILE TRANSMISSION TO 212-805-6191

Honorable Barbara S. Jones
United States District Judge
Southern District of New York
500 Pearl Street, Room 620
New York, New York 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/4/08
```

Re: Vega v. The City of New York, et al.
07 Civ. 9828 (BSJ)
Our File No.: 2007-040540

Dear Judge Jones:

I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendants the City of New York and the New York City Department of Probation in the above-referenced action. I write to request that the time for defendants to respond to the complaint be extended 45 days, from January 2, 2008, until February 18, 2008. This is the defendants' first request for an extension of time, and plaintiff's counsel has consented to the request.

The requested extension of time is needed to permit this office to make a reasonable investigation of the complaint. It will permit this office to gather relevant documents, to investigate the complaint's allegations of discrimination, and thereafter prepare an appropriate response.

**HONORABLE BARBARA S. JONES**
United States District Judge
Vega v. The City of New York, et al.
07 Civ. 9828 (BSJ)
December 28, 2007
Page 2

   Accordingly, defendants respectfully request for an enlargement of defendants' time to respond to the complaint until February 18, 2007.

   We thank the Court for its consideration of this request.

               Respectfully submitted,

               Robert J. Anderson
               Assistant Corporation Counsel

cc: Lee Nuwesra, Esq.
   (By Facsimile Transmission)

Application GRANTED.
SO ORDERED
Dated:
BARBARA S. JONES
U.S.D.J.
1/4/08