

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007-2601

ROBERT J. ANDERSON
Telephone: (212) 788-0860
Fax: (212) 788-8877
Fax Not For Service of Papers
randerso@law.nyc.gov

December 31, 2007

**BY FACSIMILE TRANSMISSION TO 212-805-4268**

Honorable Gabriel W. Gorenstein
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Room 510
New York, New York 10007-1312

　　　　　　　　　　Re: Vega v. The City of New York, et al.
　　　　　　　　　　　　07 Civ. 9828 (BSJ)
　　　　　　　　　　　　Our File No.: 2007-040540

Dear Judge Gorenstein:

　　　　I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendants the City of New York and the New York City Department of Probation in the above-referenced action. On December 28, 2007, the ECF system for the Southern District was inaccessible for most of the day. Consequently, I was unable to retrieve the docket sheet or other information concerning the instant case, including Judge Jones' order referring general pretrial matters to Your Honor. Consequently, I mistakenly directed the attached letter to Judge Jones' attention rather than to Your Honor's. I apologize for this oversight and request that Your Honor please review and consider the attached December 28th request that the time for defendants to respond to the complaint be extended 45 days, from January 2, 2008, until February 18, 2008.

　　　　We thank the Court for its consideration of this request.

Granted.
SO ORDERED: DATED 1/10/2007
GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted,

Robert J. Anderson
Assistant Corporation Counsel

**HONORABLE GABRIEL W. GORENSTEIN**
United States Magistrate Judge
<u>Vega v. The City of New York, et al.</u>
07 Civ. 9828 (BSJ)
December 31, 2007
Page 2

cc:    Honorable Barbara S. Jones
       (By Facsimile Transmission W/Enclosure)

       Lee Nuwesra, Esq.
       (By Facsimile Transmission W/Enclosure)