UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

**ELBA VEGA**

                Plaintiff,

                      07 CIVIL 9828 ( BSJ) (GWG)

-against-

**THE CITY OF NEW YORK, and
THE NEW YORK CITY DEPARTMENT OF
PROBATION**    Defendant.

------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

To: Attorney Admission Clerk and All Other Parties

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: **Lee Nuwesra, Esq. Attorney for Plaintiff**

[x] *Attorney*

    [x] I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:
        **LN 5851**

    [ ] I am a Pro Hac Vice attorney

    [ ] I am a Government Agency attorney

[x] *Law Firm/Government Agency Association*

    From: **Law Offices Of Lee Nuwesra**

    To: **Law Offices Of Lee Nuwesra**

    [x] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    [ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

[x] *Address:* **1623 Unionport Road, Suite 101, Bronx, N.Y. 1046**

[x] *Telephone Number:* **(718) 942-4294**

[x] *Fax Number:* **(718) 942-4295**

[x] *E-Mail Address:* **lnuwesra@optonline.net**

Dated: 3-21-2008        *Lee Nuw——* (signature)